JOHN H. BRINK BAR NO. 28018
KATHRYN E. VAN HOUTEN BAR NO. 143402
IRSFELD, IRSFELD & YOUNGER LLP
100 W. Broadway, Ste. 900
Glendale, CA 91210
Telephone: (818) 242-6859
Facsimile: (818) 240-7728

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | CASE NO. ACV 09-03024 |
|---|---|
| Plaintiff, | CONSENT JUDGMENT |
| v. | |
| PAUL A SWEENEY, AKA PAUL A SWEENEY SR, AKA PAUL ALLEN SWEENEY SR, | |
| Defendant, | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, and against Defendant, PAUL A SWEENEY, AKA PAUL A SWEENEY SR, AKA PAUL ALLEN SWEENEY SR, as to claim one, in the total amount of $4,011.62 and as to claim two the total amount of $1,505.68 for a total judgment amount of $5,517.30.

Dated: 06/17/2009

TERRY NAFISI CLERK
United States District Court
Central District of California

A. KANNIKE
By: Deputy Clerk

1